**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 8 – 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

D.H.S., an infant under the age of fourteen years, by his Mother and Natural Guardian, ANA SERRANO, and ANA SERRANO, Individually,

                Plaintiffs,

-against-

THE UNITED STATES OF AMERICA, NYU LUTHERAN MEDICAL CENTER, CHRISTINE CHENG, M.D. and MARK REBOLOS, M.D.,

                Defendants.
-------------------------------------------------------------X

STIPULATION OF
VOLUNTARY
DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)

CV 17-6927 (Amon, J.)
          (Bulsara, M.J.)

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel, that the above-captioned action is voluntarily dismissed, without prejudice against defendants THE UNITED STATES OF AMERICA, NYU LUTHERAN MEDICAL CENTER, CHRISTINE CHENG, M.D. and MARK REBOLOS, M.D. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Defendants CHRISTINE CHENG, M.D. and MARK REBOLOS, M.D. were never served with the Summons and Complaint in this matter and have not appeared in this action.

Dated: February 7, 2018

_____
Marc S. Albert, Esq. (MA-4896)
Attorney for Plaintiffs
D.H.S., an infant under the age of
fourteen years, by his Mother and
Natural Guardian, ANA SERRANO,
and ANA SERRANO, Individually,
32-72 Steinway Street
Astoria, NY 11103
(347) 472-5080

_____
Kevan Cleary, Esq.
Robert P. Donoghue – U.S.E.D. Attorney
Attorney for Defendant
THE UNITED STATES OF AMERICA
271 Cadman Plaza East
Brooklyn, New York 11201
(718) 254-6207

So Ordered

s/Carol Bagley Amon

2/8/18

*[signature]*

Robert J. Cacala, Esq.
Aaronson Rappaport Feinstein & Deutsch, LLP.
Attorneys for Defendants
NYU LUTHERAN MEDICAL CENTER,
600 Third Avenue
New York, NY 10016
(212) 593-8484